## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
District of Colorado

Case Number: 20-CV-03608-MEH

Plaintiff:
**RICHARD HENDERSON, individually and on behalf of all others similarly situated**

vs.

Defendant:
**ALPINE DIGITAL GROUP, INC**

For:
JORDAN RICHARDS
USA EMPLOYMENT LAWYERS – JORDAN RICHARDS, PLLC
805 EAST BROWARD BLVD
SUITE 301
FORT LAUDERDALE, FL 33301

Received by Prestige Process on the 10th day of December, 2020 at 3:22 pm to be served on **Alpine Digital Group, Inc Attn: Registered Agent - Patrick Donaldson, 13856 W. 2nd Ave, GOLDEN, CO 80401.**

I, Zane Krasomil, being duly sworn, depose and say that on the **16th day of December, 2020 at 6:22 pm, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION and CLASS ACTION COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL** to: **Patrick Donaldson as Registered Agent, authorized to accept service** at the address of: **13856 W. 2nd Ave, GOLDEN, CO 80401**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 40, Sex: M, Race/Skin Color: WHITE, Height: 5'7", Weight: 190, Hair: DARK BROWN, Glasses: N

I certify that I am over the age of 18 and have no interest in the above action and I declare under penalty of perjury under the law of Colorado that the foregoing is true and correct.

Executed on the 17th day of December, 2020 at Denver County, Colorado

Zane Krasomil

Dated the 17th day of December, 2020

**Prestige Process
17620 NE 2nd Court
North Miami Beach, FL 33162
(305) 490-4346**

Our Job Serial Number: PPJ-2020005690
Ref: 2020005690

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1x

